JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0030-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1544 - |
| JUAN RAMIREZ ) | Misuse of a Passport (Felony) |
|   aka Richard Anaya, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 4, 2007, within the Southern District of California, defendant JUAN RAMIREZ, did willfully and knowingly use passport No. 310770286, issued under the authority of the United States, to Richard Anaya, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 1/3/08 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
12/17/07